No. 10–10573. DEARING v. CHAVEZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–10575. CARDONA v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 10–10580. SACORA ET AL. v. THOMAS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–10581. YANCEY v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 10–10583. THOMPSON v. MISSOURI DEPARTMENT OF CORRECTIONS ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–10586. BUTLER v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–10604. JIN RIE v. SUPERIOR COURT OF CALIFORNIA, SAN BERNARDINO COUNTY, ET AL. Ct. App. Cal., 4th App. Dist., Div. 2. Certiorari denied.

No. 10–10605. WILLIAMS v. ROMANA ET AL. C. A. 7th Cir. Certiorari denied.

No. 10–10606. ZOLKOSKE v. FRANKE, SUPERINTENDENT, TWO RIVERS CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 10–10611. MOHRMANN v. CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 10–10616. RUELL v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 10–10620. CASTRO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 10–10623. DANIELS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 10–10625. ELLIS v. JACOBS, WARDEN. C. A. 11th Cir. Certiorari denied.